**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| BLUE BEACH BUNGALOWS DE, LLC | ) |
| Appellant, | ) |
| | ) C.A. No.: S24A-04-001 |
| | ) |
| v. | ) |
| | ) |
| THE DELAWARE DEPARTMENT OF | ) |
| JUSTICE CONSUMER PROTECTION | ) |
| UNIT, | ) |
| Appellee. | ) |
| | ) |

**ORDER**

The Motion to Alter or Amend a Judgment filed by Appellee is hereby granted.

My December 4, 2024, Opinion in this case is hereby amended to reflect the correct

civil penalty amount of $129,500 for the February 23, 2023, Change of Use Notice.

The total amount of affirmed civil penalties is hereby changed from $454,500 to

$500,000.

DONE and ORDERED this 12th day of December 2024.

/s/ Craig A. Karsnitz

Craig A. Karsnitz
Resident Judge